ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 12:28 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00011-CV

**In the Fifteenth Court of Appeals
Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

5/2/2025 12:28:30 PM

CHRISTOPHER A. PRINE
Clerk

The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center
*Appellants*,

v.

GENSETIX, INC.,
*Appellee.*

On Appeal from Cause No. 2021-73071
In the 152nd Judicial District of Harris County, Texas

## APPELLANTS' UNOPPOSED MOTION TO WITHDRAW AND NOTICE OF LEAD COUNSEL

Appellants, The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center (together, "Appellants"), would show the Court the following:

1. The current counsel on behalf of Appellants is Alyssa Bixby-Lawson.

2. Ms. Bixby-Lawson has accepted employment outside of Texas Office of the Attorney General and requests to withdraw from this case. Appellants designate Terri M. Abernathy as new lead counsel. Ms. Abernathy is licensed to

1

practice law in the State of Texas and is a member in good standing of the State Bar of Texas. Ms. Abernathy's contact information is as follows:

> **Terri M. Abernathy**
> Assistant Attorney General
> Texas State Bar No. 24062894
> OFFICE OF THE ATTORNEY GENERAL OF TEXAS
> General Litigation Division
> P.O. Box 12548
> Austin, Texas 78711
> Phone (512) 936-0562
> Division Fax (512) 320-0667
> Email terri.abernathy@oag.texas.gov

3. Appellants respectfully request the Court remove Ms. Bixby-Lawson as counsel of record and attorney-in-charge for this cause.

4. The undersigned has conferred with counsel for Appellees, who indicated they are unopposed to the withdrawal of Ms. Bixby-Lawson and substitution of Ms. Abernathy as counsel in charge of Appellants.

## PRAYER

Appellants request that Ms. Abernathy be added to all future correspondence and notifications of filings in this matter and be substituted as lead counsel, and that Ms. Bixby-Lawson be removed as counsel of record.

> Respectfully submitted,
>
> KEN PAXTON
> Attorney General of Texas
>
> BRENT WEBSTER
> First Assistant Attorney General

2

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief, General Litigation Division


/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General
Texas Bar No. 24122680
*Attorney in Charge*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
Phone (512) 936-0562
Division Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

*Counsel for Appellants*


## CERTIFICATE OF CONFERENCE

On April 29, 2025, the undersigned conferred with lead counsel for Appellee, Cabrach Connor, who stated Appellee is unopposed to the relief requested.


/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I certify that on May 2, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Cabrach J. Connor
Cab@CLandS.com
Jennifer Tatum Lee
Jennifer@CLandS.com
Sergio R. Davila
Sergio@CLandS.com
Connor Lee & Shumaker PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
(512) 777-1254

Anthony G. Buzbee
tbuzbee@txattorneys.com
Ryan S. Pigg
rpigg@txattorneys.com
The Buzbee Law Firm
(713) 223-5393

*Counsel for Appellee*

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Quennette Rose on behalf of Terri Abernathy
Bar No. 24062894
quennette.rose@oag.texas.gov
Envelope ID: 100378217
Filing Code Description: Motion
Filing Description: 20250502_MTW and Sub TMA
Status as of 5/2/2025 1:44 PM CST

Associated Case Party: University of Texas M.D. Anderson Cancer Center

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 5/2/2025 12:28:30 PM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 5/2/2025 12:28:30 PM | SENT |
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 5/2/2025 12:28:30 PM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 5/2/2025 12:28:30 PM | SENT |

Associated Case Party: Board of Regents of the University of Texas System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David E.Harrell | | David.Harrell@troutman.com | 5/2/2025 12:28:30 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 5/2/2025 12:28:30 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 5/2/2025 12:28:30 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 5/2/2025 12:28:30 PM | SENT |

Associated Case Party: Gensetix, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Cabrach Connor | | Cab@CLandS.com | 5/2/2025 12:28:30 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 5/2/2025 12:28:30 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 5/2/2025 12:28:30 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 5/2/2025 12:28:30 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 5/2/2025 12:28:30 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 5/2/2025 12:28:30 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 5/2/2025 12:28:30 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Quennette Rose on behalf of Terri Abernathy
Bar No. 24062894
quennette.rose@oag.texas.gov
Envelope ID: 100378217
Filing Code Description: Motion
Filing Description: 20250502_MTW and Sub TMA
Status as of 5/2/2025 1:44 PM CST

Associated Case Party: Gensetix, Inc.

| Mauricio Guevara | | mguevara@txattorneys.com | 5/2/2025 12:28:30 PM | SENT |
|---|---|---|---|---|
| Lionel Sims | | lsims@txattorneys.com | 5/2/2025 12:28:30 PM | SENT |